PROB 12A
(10/24)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

RECEIVED
APR 28 2025
EDWARD S. KIEL
U.S. DISTRICT JUDGE

Name of Individual Under Supervision: Thomas Freeman    Cr.: 09-00695-001
PACTS #: 52678

Name of Sentencing Judicial Officer:   THE HONORABLE PETER G. SHERIDAN
SENIOR UNITED STATES DISTRICT JUDGE
(Reassigned to Hon. Edward S. Kiel on March 26, 2025)

Original Offense:   Count One: Possession of Child Pornography, 18 U.S.C. §§ 2252A(a)(5)(B) and 2

Original Sentence: 55 months imprisonment, 120 months supervised release

Violation of supervised Release: Heard 09/06/2023; resentenced to two (2) months custody, 31 months and 6 days supervised release.

Special Conditions: Alcohol/Drug Testing and Treatment, Financial Disclosure, Life Skills Counseling, Mental Health Treatment, Restricted Contact with Minors, New Debt Restrictions, Sex Offender Registration, Sex Offense Specific Assessment and Treatment, Polygraph Examination, Special Assessment Fee, Computer Monitoring, Occupational Restrictions, and Consent to Search

Type of Supervision: Supervised Release    Date Supervision Commenced: 11/02/2023

## STATUS UPDATE

On April 15, 2025, Freeman appeared for a Status Hearing before Your Honor for non-compliance with his mental health and sex offense treatment conditions. It was determined that Freeman has satisfied those conditions and will no longer have to participate in mental health and/or sex offense specific treatment, with the understanding that should he violate any other condition of supervision, the Court will be notified promptly and one or both conditions can be reinstated at any point during the remainder of his term of supervision.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Office

By:   BETHANY CREDE
U.S. Probation Officer

/ bc

APPROVED:

_____   4/25/25
ANTHONY M. STEVENS        Date
Supervising U.S. Probation Officer

Prob 12A -- page 2
Thomas Freeman

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Other

☒ Remove the special conditions for mental health and sex offense treatment as ordered by the Court on April 15, 2025

_____
Signature of Judicial Officer

4/28/2025
_____
Date